UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MAREK JERZY KOMOROWSKI,<br><br>        Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, *et al.*,<br><br>        Defendants. | 2:10-cv-00173-KJD-LRL |

## REPORT & RECOMMENDATION

Plaintiff submitted an Application to Proceed *In Forma Pauperis* and a Complaint pursuant to 42 U.S.C. § 1983 (#1) on February 9, 2010. On March 24, 2010, the court denied his request to proceed *in forma pauperis* and dismissed the Complaint without prejudice. Order (#2). The court noted numerous deficiencies in the Complaint and thus instructed plaintiff to file an amended complaint not later than April 21, 2010 to cure the deficiencies; plaintiff was warned that his failure to do so may result in his case being dismissed with prejudice. Plaintiff paid the filing fee on March 26, 2010. Dkt. (#3). Plaintiff also filed a Letter (#4) on March 26, 2010, in which he restated some of the allegations in his Complaint (#1) and phoned the court for guidance. He has not, however, filed an amended complaint.

. . .

. . .

. . .

. . .

**RECOMMENDATION**

Based on the foregoing, it is the recommendation of the undersigned United States Magistrate Judge that this case be dismissed without prejudice.

DATED this 22nd day of April, 2011.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**