# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MAREK JERZY KOMOROWSKI,

    Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATION, *et al.*,

    Defendants.

Case No. 2:10-CV-00173-KJD-LRL

**ORDER**

    Before the Court is the Report and Recommendation of United States Magistrate Judge Lawrence R. Leavitt (#5). Plaintiff has filed no response to this Report and Recommendation. Mail delivered to Plaintiff's last known address was returned to the Court as undeliverable.

    The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendations of the United States Magistrate Judge entered April 22, 2011, should be affirmed.

    **IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation (#5) is **ADOPTED** and **AFFIRMED**, and this case is **DISMISSED.**

    DATED this 22nd day of July 2011.

_____
Kent J. Dawson
United States District Judge